No. 44758.—Protest 21488–K of Gibson Thomsen Co., Inc. (New York).

Opinion by WALKER, J. It was stipulated that the merchandise consists of cloth brushes and hat brushes similar to those passed upon in *United States* v. *Heinrich* (26 C. C. P. A. 292, C. A. D. 30). The claim at 50 percent under paragraph 1506 was therefore sustained.

No. 44759.—Protests 1976–K, etc., of U. S. Raw Skins Corp. (New York).

Opinion by WALKER, J. In accordance with stipulation of counsel and on the authority of *Steinberger* v. *United States* (3 Cust. Ct. 187, C. D. 229) the chamois leather in question was held dutiable at 20 percent under paragraph 1530 (c) and T. D. 48316 as claimed.

BEFORE THE THIRD DIVISION, NOVEMBER 19, 1940

No. 44760.—Protest 987606–G of Railway Express Agency, Inc. (San Francisco).

Opinion by CLINE, J. The testimony was held inadequate to prove that the articles were produced prior to the year 1830 and it was not shown that the mandatory regulations were complied with. *Brummer* v. *United States* (2 Cust. Ct. 94, C. D. 95) cited. The protest was therefore overruled.

No. 44761.—Protest 26180–K of Rienk Bekkering (New York).

Opinion by CLINE, J. The plaintiff conceded that the wording of the protest was defective. It was therefore dismissed.

No. 44762.—Protest 6536–K of Raymond & Raymond, Inc. (New York).

Opinion by CLINE, J. It was stipulated that the books were wrapped in flimsy tissue paper and packed in cases. There was no marking on the tissue paper. The cases were marked with the name of the country of origin. The wooden cases involved were found to be the immediate containers of the books, and as they were legally marked the protest was sustained. *Kraft* v. *United States* (22 C. C. P. A. 111, T. D. 47103) followed. Abstract 41252 cited.

No. 44763.—Protest 20423–K of Harry Solodow (New York).

Opinion by CLINE, J. It appeared that the butter is the product of Estonia and that the immediate containers were marked "Estonian Butter." It was not shown that the marking "Estonian Butter" does not refer to a kind or species of butter. Abstracts 39463, 36077, and 36609 cited. The protest was therefore overruled.